# EXHIBIT A

# Table of Contents

2021 CA 3981 B Corporate Accountability Lab v. Hershey docket

2021.10.27 - Complaint

2021.11.04 - Complaint Package

2021.11.04 - Initial Summons re  The Rainforest Alliance Inc.

2021.11.04 - Initial Summons re The Hershey Company

2021.11.10 - Affidavit of Service re The Hershey Company

2021.11.24 - Affidavit of Service re The Rainforest Alliance Inc

| All Information | Party | Event | Docket | Receipt | Disposition |
|---|---|---|---|---|---|

## Party Information

**CORPORATE ACCOUNTABILITY LAB**
- Plaintiff

- Disposition
- Disp Date

| Alias |
|---|
| |

| Party Attorney |
|---|
| Attorney |
| RICHMAN, KIM E. |

**THE HERSHEY COMPANY**
- Defendant

- Disposition
- Disp Date

| Alias |
|---|
| |

| Party Attorney |
|---|
| |

**THE RAINFOREST ALLIANCE INC.**
- Defendant

- Disposition
- Disp Date

| Alias |
|---|
| |

| Party Attorney |
|---|
| |

## Events

| Date/Time | Location | Type | Result | Event Judge |
|---|---|---|---|---|
| 01/28/2022 09:30 AM | Courtroom 519 | Initial Scheduling Conference-60 | | PARK, JASON |

## Docket Information

| Date | Docket Text | Image Avail. |
|---|---|---|
| 10/27/2021 | Complaint for Deceit (Misrepresentation) Filed  Receipt: 482168  Date: 11/02/2021 | |
| 10/27/2021 | eComplaint Filed. Submitted 10/27/2021 11:17. kc. [NO SUMMONSES SUBMITTED WITH FILING] Attorney: RICHMAN, KIM E. (1022978) CORPORATE ACCOUNTABILITY LAB (Plaintiff); | Image |
| 11/02/2021 | Event Scheduled Event: Initial Scheduling Conference-60 Date: 01/28/2022   Time: 9:30 am Judge: PARK, JASON   Location: Courtroom 519 | |
| 11/04/2021 | Complaint Package eServed to Filer | Image |
| 11/04/2021 | Initial Summons Requested as to: The Rainforest Alliance Inc. Filed. Submitted 11/04/2021 13:55. DM THE RAINFOREST ALLIANCE INC. (Defendant); | Image |
| 11/04/2021 | Issue Date:  11/04/2021 Service:  Summons Issued Method:  Service Issued Cost Per:  $<br><br>THE RAINFOREST ALLIANCE INC. 125 Broad Street NEW YORK, NY  10004 Tracking No: 5000237460<br><br>THE RAINFOREST ALLIANCE INC. 125 Broad Street NEW YORK, NY  10004 Tracking No: 5000237461 | |

| Date | Docket Text | Image Avail. |
|------|-------------|--------------|
| 11/04/2021 | Initial Summons Requested as to: The Hershey Company Filed. Submitted 11/04/2021 13:54. DM<br>THE HERSHEY COMPANY (Defendant); | Image |
| 11/04/2021 | Issue Date:  11/04/2021<br>Service:  Summons Issued<br>Method:  Service Issued<br>Cost Per:  $<br><br><br>THE HERSHEY COMPANY<br>19 E. Chocolate Ave<br>HERSHEY, PA   17033<br>Tracking No: 5000237462 | |
| 11/10/2021 | Affidavit of Service Filed. Submittted 11/10/2021 15:39. DM | Image |
| 11/26/2021 | Affidavit of Service of Summons & Complaint on<br>THE RAINFOREST ALLIANCE INC. (Defendant); | Image |

### Receipts

| Receipt Number | Receipt Date | Received From | Payment Amount |
|----------------|--------------|---------------|----------------|
| 482168 | 11/02/2021 | RICHMAN, KIM E., Attorney | $120.00 |
| Total | Total | Total | Total |
| | | | $120.00 |

### Case Disposition

| Disposition | Date | Case Judge |
|-------------|------|------------|
| Undisposed | | PARK, JASON |

Filed
D.C. Superior Court
10/27/2021 11:17AM
Clerk of the Court

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

| | |
|---|---|
| CORPORATE ACCOUNTABILITY LAB, 6214 N. Glenwood Ave., Chicago, IL 60660<br><br>Plaintiff,<br><br>v.<br><br>THE HERSHEY COMPANY, 19 E. Chocolate Ave., Hershey PA, 17033 and; THE RAINFOREST ALLIANCE INC., 125 Broad Street, New York, NY 10004,<br><br>Defendants. | Case No. _____<br><br><br>**COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

On behalf of itself and the general public, and in the interest of consumers, Corporate Accountability Lab ("CAL") brings this action against Defendants The Hershey Company ("Hershey") and The Rainforest Alliance Inc. ("Rainforest Alliance") concerning their false and deceptive marketing representations of Hershey's Rainforest Alliance certified chocolate products as "sustainable" and "responsible" when in fact the supply and production of these products contributes to the grievous and unsustainable labor abuses that are endemic in the cocoa industry. Reasonable consumers seeking to buy ethically and sustainably produced chocolate products are misled both by Rainforest Alliance's independent representations that its certification "provide[s] the highest level of assurance" regarding the product's sourcing standards and by Hershey's advertising and marketing of its Rainforest Alliance certified products as unqualifiedly "sustainable."

## INTRODUCTION

1.      The use of fair and sustainable labor practices is of growing concern to consumers.

2.      Consumers increasingly seek out products that are made without the use of forced labor, child labor, or exploitative working conditions, especially in industries known for their use of such practices.

3.      Cocoa farming is one such industry, with a well-publicized history of unfair labor practices in chocolate production.

4.      Consumers who wish to purchase more ethical and sustainable alternatives rely on the products' packaging, marketing, advertising, and relevant certifications to purchase products that align with their values.

5.      This is a consumer-protection case concerning deceptive marketing representations regarding Hershey's Rainforest Alliance certified chocolate products (the "Products").[1] This case is brought by CAL, a nonprofit, public interest organization dedicated to holding corporations accountable for human and environmental abuses and informing the public, including consumers, about the realities of these abuses.

6.      Defendant Rainforest Alliance is an international non-governmental organization ("NGO") which, among other things, certifies products for their sustainability and represents that

---

[1] Hershey states that while it only sources "certified cocoa," it labels several of its products as specifically certified by Rainforest Alliance, including, in the U.S., its Brookside products. *See Cocoa Certification*, Hershey, https://www.thehersheycompany.com/en_us/home/sustainability/sustainability-focus-areas/cocoa.html (last visited Oct. 26, 2021); *Certified Product: Brookside*, Rainforest Alliance, (Dec. 18, 2019); https://www.rainforest-alliance.org/find-certified/brookside/.

However, discovery may reveal that additional Hershey products are labelled as Rainforest Alliance certified and should be included within the scope of the allegations in this Complaint, and Plaintiff reserves the right to add such products.

their certification "is a symbol of environmental, social, and economic sustainability"[2] and that "addressing human rights abuses in agriculture and forestry is a key focus of [their] work."[3]

7.    Defendant Hershey is one of the largest chocolate manufacturers in the world[4] and claims to have "achieved 100 percent certified and sustainable cocoa" in part by sourcing through Rainforest Alliance certified cocoa farms.[5]

8.    Defendants market the Products as "grown and harvested on farms and forests that follow sustainable practices,"[6] that they employ "responsible sourcing" in producing the Products,[7] and that these cocoa Products are unqualifiedly "sustainable."[8]

9.    In reality, far from "meet[ing] rigorous environmental and social standards"[9] and achieving "100 percent . . . sustainable cocoa,"[10] Hershey's Rainforest Alliance certified Products have a well-documented connection to child labor and other exploitive labor practices, and the certification does little to guarantee sustainability in the cocoa supply chain.

10.    Thus, Hershey and Rainforest Alliance's combined advertising—which suggests that Hershey's Rainforest Alliance certified chocolate is sustainable and free from unfair labor practices—is false and misleading.

---

[2] *Find Certified Products,* Rainforest Alliance, https://www.rainforest-alliance.org/find-certified (last visited Oct. 26, 2021).

[3] *Human Rights,* Rainforest Alliance, https://www.rainforest-alliance.org/issues/human-rights (last visited Oct. 26, 2021).

[4] Nils-Gerrit Wunsch, *Market Share of the Leading Chocolate Companies in the United States in 2018,* (May 6, 2021) https://www.statista.com/statistics/238794/market-share-of-the-leading-chocolate-companies-in-the-us/.

[5] *Sustainability: Cocoa,* The Hershey Company, https://www.thehersheycompany.com/en_us/home/sustainability/sustainability-focus-areas/cocoa.html (last visited Oct. 26, 2021).

[6] *Certified Product: Hershey's,* The Rainforest Alliance, https://www.rainforest-alliance.org/find-certified/hersheys/ (last visited Oct. 26, 2021); *Certified Product: Brookside,* Rainforest Alliance, https://www.rainforest-alliance.org/find-certified/brookside (last visited Oct. 26, 2021).

[7] Beatrice Moulianitaki, *Going Beyond 'Fair Trade' with Hershey's Sustainable Cocoa Strategy,* https://www.thehersheycompany.com/en_us/home/newsroom/blog/blog-detail.html?guid=54d10aacf78d7e48341f9 28615f894ba (last visited Oct. 26, 2021).

[8] *Id.*

[9] *Certified Product: Hershey's, supra* note 6.

[10] *Sustainability: Cocoa, supra* note 5.

**STATUTORY FRAMEWORK**

11.     This action is brought under the District of Columbia Consumer Protection Procedures Act ("CPPA"), D.C. Code § 28-3901, *et seq*.

12.     The CPPA makes it a violation for "any person" to, *inter alia*:

Represent that goods or services have a source, sponsorship, approval, certification, accessories, characteristics, ingredients, uses, benefits, or quantities that they do not have;

Represent that goods or services are of a particular standard, quality, grade, style, or model, if in fact they are of another;

Misrepresent as to a material fact which has a tendency to mislead;

Fail to state a material fact if such failure tends to mislead;

Use innuendo or ambiguity as to a material fact, which has a tendency to mislead; or

Advertise or offer goods or services without the intent to sell them or without the intent to sell them as advertised or offered.

D.C. Code § 28-3904(a), (d), (e), (f), (f-1), (h).

13.     A violation occurs regardless of "whether or not any consumer is in fact misled, deceived or damaged thereby." *Id.*

14.     The CPPA "establishes an enforceable right to truthful information from merchants about consumer goods and services that are or would be purchased, leased, or received in the District of Columbia." *Id.* § 28-3901(c). It "shall be construed and applied liberally to promote its purpose." *Id.*

15.     Under the statute, a "merchant" is defined as "a person, whether organized or operating for profit or for a nonprofit purpose, who in the ordinary course of business does or would sell, lease (to), or transfer, either directly or indirectly, consumer goods or services, or a

person who in the ordinary course of business does or would supply the goods or services which are or would be the subject matter of a trade practice" *Id.* § 28-3901(a)(3).

16.     Because CAL is a public-interest organization, it may act on behalf of the general public and bring any action that an individual consumer would be entitled to bring:

> [A] public interest organization may, on behalf of the interests of a consumer or a class of consumers, bring an action seeking relief from the use by any person of a trade practice in violation of a law of the District if the consumer or class could bring an action under subparagraph (A) of this paragraph for relief from such use by such person of such trade practice.

*Id.* § 28-3905(k)(1)(D)(i). Subparagraph (A) provides: "A consumer may bring an action seeking relief from the use of a trade practice in violation of a law of the District."

17.     A public-interest organization may act on behalf of consumers, *i.e.*, the general public of the District of Columbia, so long as the organization has a "sufficient nexus to the interests involved of the consumer or class to adequately represent those interests." *Id.* § 28-3905(k)(1)(D)(ii). As set forth in this Complaint, *see infra* ¶¶ 79-81, Plaintiff CAL's work involves educating the general public, including consumers in the District of Columbia, about exploitive corporate practices that occur across supply chains, and work to redress such harms. CAL thus has a sufficient nexus to D.C. consumers to adequately represent their interests.

18.     This is not a class action, or an action brought on behalf of any specific consumer, but an action brought by CAL on behalf of the general public, *i.e.*, D.C. consumers generally. No class certification will be requested.

19.     This action does not seek damages. Instead, CAL seeks to end the unlawful conduct directed at D.C. consumers. Remedies available under the CPPA include "[a]n injunction against the use of the unlawful trade practice." *Id.* § 28- 3905(k)(2)(D). CAL also seeks declaratory relief in the form of an order holding Defendants' conduct to be unlawful.

## FACT ALLEGATIONS

**I.     Defendants Represent That the Certified Chocolate Products are Responsibly Sourced and Sustainable.**

20.     Hershey represents that it is "Deeply Committed to Responsible Cocoa"[11] and that it has "achieved 100 percent certified and sustainable cocoa."[12]

21.     Hershey evidences this commitment to responsible sourcing in the cocoa industry by the fact that it is certified by Rainforest Alliance:[13]

## Responsible Sourcing Commitments

### Cocoa

 **By 2020**, source 100% certified and sustainable Mass Balance cocoa through:
- Fair Trade USA
- Rainforest Alliance (UTZ)
- Suppliers' standards meeting the international ISO/CEN criteria

22.     The Products' Rainforest Alliance certification is also used by Hershey to validate its "comprehensive approach to human rights due diligence in cocoa" that includes "farm-level risk assessments through our certification partnerships like Rainforest Alliance."[14]

23.     Similarly, Rainforest Alliance advertises that its certification "provides the highest level of assurance regarding the origins and conditions under which certified cocoa is produced."[15]

24.     Rainforest Alliance also represents that "[f]arms, forest communities, and businesses that participate in our certification program are audited against rigorous sustainability standards based on the triple bottom line: environment, economic, and social well-being."[16]

---

[11] *Goodness in Action: 2020 Sustainability Report*, The Hershey Company, https://bit.ly/30YjG0l (last visited Oct. 26, 2021).

[12] *Sustainability: Cocoa, supra* note 5.

[13] *Goodness in Action, supra* note 11.

[14] *Id.*

[15] *The Rainforest Alliance Launches Cocoa Assurance Plan in West Africa*, Rainforest Alliance (Apr. 29, 2019), https://www.rainforest-alliance.org/articles/rainforest-alliance-launches-cocoa-assurance-plan-in-west-africa.

[16] *Our Approach*, Rainforest Alliance, https://www.rainforest-alliance.org/approach (last visited Oct. 26, 2021).

25.      Specifically, Rainforest Alliance states that its certified Hershey Products "are grown and harvested on farms and forests that follow sustainable practices."[17]



26.      Endorsing this narrative, Hershey assures consumers that it is "[c]reating sustainable solutions" by "sourc[ing] exclusively from cocoa suppliers certified by organizations such as . . . Rainforest Alliance."[18]

27.      According to Hershey, this "ensures we're only working with farmer groups empowered with the resources, administrative systems, and local infrastructures necessary to meet the high standards of certification."[19]

### A. Hershey Represents that its Rainforest Alliance Certified Products are "100 Percent Sustainable"

28.      Throughout its online advertising and social media, Hershey advertises that it "has achieved 100 percent certified and sustainable cocoa."[20]

29.      In the company's "Sustainability Report," Hershey represents to consumers that its priorities . . . [are] "sourcing priority ingredients responsibly and sustainably" and "respecting human rights"[21]

---

[17] *Certified Product: Hershey's, supra* note 6.
[18] Moulianitaki, *Going Beyond 'Fair Trade' supra* note 7.
[19] *Id.*
[20] *See e.g., Sustainability: Cocoa, supra* note 5; The Hershey Company (@HersheyCompany), Twitter (July 6, 2020 10:43 AM), https://twitter.com/hersheycompany/status/1280150322296602625?lang=en.
[21] *Goodness in Action, supra* note 11.



30.     Hershey claims that it "does not tolerate child labor or forced labor in [its] operations and in [its] value chain."[22]

31.     Continuing these promises, Hershey represents to consumers that they can "rest assured that the chocolate [they're] enjoying is sustainably sourced."[23]

**B. Rainforest Alliance Represents that its Certification of Hershey Products Means These Products Meet "Rigorous Sustainability Standards."**

32.     Rainforest Alliance claims that its "little green frog is a symbol of environmental, social, and economic sustainability . . . ."[24]

---

[22] *Embedding Responsible Recruitment and Employment*, The Hershey Company, https://bit.ly/3BiADzc (last visited Oct. 26, 2021).
[23] @HersheyCompany, Twitter, *supra* note 20.
[24] *Find Certified Products, supra* note 2.

33.     Rainforest Alliance represents that "[f]arms, forest communities, and businesses that participate in our certification program are audited against rigorous sustainability standards based on the triple bottom line: environment, economic, and social well-being."[25]

34.     The "little green frog" symbol was updated specifically to include "People & Nature" to represent that the products certified by Rainforest Alliance met high human rights as well as environmental standards.[26]



35.     Rainforest Alliance advertises that it is "creating a more sustainable world by using social and market forces to protect nature and improve the lives of farmers and forest communities."[27]

## II.     Hershey's Rainforest Alliance Certified Products are Unsustainable and Not Responsibly Sourced.

### A.     Hershey Has a History of Sourcing Cocoa From Farms With Unfair Labor Conditions.

36.     Contrary to Defendants' representations, Hershey's Rainforest Alliance Certified Chocolate Products are neither responsibly sourced nor sustainable.

37.     The sourcing and production of these Products have been linked to child labor and exploitive working conditions.

---

[25] *Our Approach, supra* note 16.
[26] *Using Our Logo and Seal*, Rainforest Alliance, https://www.rainforest-alliance.org/business/marketing-sustainability/using-our-logo-and-seal/ (last visited Oct. 26, 2021).
[27] *Our Approach, supra* note 16.

38.     For example, a recent report by the *Washington Post* revealed that about two-thirds of the world's cocoa supply, including Hershey's, comes from West Africa,[28] where, according to a Department of Labor funded NORC Report, more than 1.56 million children work in the cocoa sector, including 1.48 million children who have been "exposed to at least one component of hazardous child labor in cocoa production."[29]

39.     As recently as 2018, Hershey itself identified over 4,000 children doing "inappropriate" work on the cocoa farms that it sources from.[30]

40.     And in spring 2019, Hershey admitted that it "could not guarantee that any of their chocolates were produced without child labor."[31]

41.     Despite Hershey's promise that it "has achieved 100 percent certified and sustainable cocoa," reports as recent as December 2020 show that the company can trace **less than half** of its cocoa back to any specific farm.[32]

42.     Furthermore, farmers on typical Ivorian and Ghanaian cocoa farms, from which Hershey sources some of its cocoa,[33] live well below what the World Bank defines as poverty, earning less than a dollar a day.[34]

---

[28] Peter Whoriskey & Rachel Siegel, *Cocoa's child laborers,* Washington Post (June 5, 2019), https://www.washingtonpost.com/graphics/2019/business/hershey-nestle-mars-chocolate-child-labor-west-africa/.

[29] *NORC Final Report: Assessing Progress in Reducing Child Labor in Cocoa Production in Cocoa Growing Areas of Cote d'Ivoire and Ghana*, NORC (October 19, 2020), https://www.norc.org/PDFs/Cocoa%20Report/NORC%202020%20Cocoa%20Report_English.pdf.

[30] Christian Peña, *The war on Cocoa: Hershey Co. accused of not upholding sustainability efforts in West Africa,* NBC News, (Dec. 12, 2020), https://www.nbcnews.com/business/business-news/war-cocoa-hershey-co-accused-not-upholding-sustainability-efforts-west-n1250798.

[31] Whoriskey, et al.*, Cocoa's child laborers, supra* note 28.

[32] *Id.*

[33] *Hershey Cocoa For Good: 2020 Farmer Groups (89) supplying Hershey's under Cocoa For Good*, The Hershey Company, https://bit.ly/2XNkkMZ (last visited Oct. 26, 2021).

[34] Whoriskey, et al., *Cocoa's child laborers, supra* note 28; Antoine C. Fountain & Friedel Huetz-Adams, *2020 Cocoa Barometer*, Voice Network, https://www.voicenetwork.eu/wp-content/uploads/2021/03/2020-Cocoa-Barometer-EN.pdf (last visited Oct. 26, 2021).

43.     The price that Hershey pays for cocoa from Cote d'Ivoire and Ghana is less than half of the Living Income Price,[35] making it all but impossible for farmers to produce cocoa sustainably when they do not earn enough to cover their basic needs.[36]

44.     Hershey has also been accused of manipulating the futures market to purchase cocoa beans anonymously in an attempt to avoid payment of the Living Income Differential (LID), which requires chocolate companies to pay an extra $400 per ton of cocoa purchased to support impoverished cocoa farmers.[37]

### B. Rainforest Alliance's Certification Does Not Guarantee that the Products have been Responsibly and Sustainably Sourced.

45.     Marking Hershey's Products as "certified" by Rainforest Alliance does little to alleviate these exploitive labor issues because Rainforest Alliance's auditing and certification processes consistently fail to prevent human rights abuses.

46.     For example, an investigation by Repórter Brasil published in December 2016 found problematic labor conditions and environmental practices in violation of Rainforest Alliance's standards at one of its "certified" farms.[38]

47.     Additionally, a 2015 joint investigation by Radio 4's File and BBC News in Assam, India into the working conditions at plantations that Rainforest Alliance had certified found that workers experienced "dangerous and degrading living and working conditions."[39]

---

[35] *Necessary Farmgate Prices for a Living Income*, Voice Network, (January 2020), https://www.voicenetwork.eu/wp-content/uploads/2020/01/200113-Necessary-Farm-Gate-Prices-for-a-Living-Income-Definitive.pdf.

[36] *2020 Cocoa Barometer*, *supra* note 35.

[37] *The war on Cocoa, supra* note 31.

[38] *Certified Coffee, Rightless Workers*, Repórter Brasil (Dec. 2016), https://reporterbrasil.org.br/wp-content/uploads/2016/12/Cafe%CC%81_ING_Web.pdf.

[39] Justin Rowlatt & Jane Deith, *The bitter story behind the UK's national drink*, BBC (Sept. 8, 2015), https://www.bbc.com/news/world-asia-india-34173532.

48.      CAL's own investigations have found evidence of unsustainable wages and young children working on farms that are selling their cocoa to certified cooperatives, including on Rainforest Alliance certified farms.[40]

49.      In December 2020, investigators took a picture of a very young child working on a cocoa farm with her family.[41] The family informed the investigators that they sell to the CNEK cooperative (Coopérative Nouvel Esprit de Ketesso (CNEK)-SCA) which is certified by Rainforest Alliance.[42]



---

[40] Allie Brudney, *CAL Finds Evidence of Child Labor on Rainforest Alliance Certified Farms*, Corporate Accountability Lab, (Oct. 25, 2021), https://corpaccountabilitylab.org/calblog/2021/10/25/cal-finds-evidence-of-child-labor-on-rainforest-alliance-certified-farms.

[41] *Id.*

[42] *List of Certified Farms and Groups*, Rainforest Alliance, https://www.rainforest-alliance.org/wp-content/uploads/2019/06/Certified-Farms-CoC-Operations-May2019.pdf (last visited Oct. 26, 2021).

50.     Investigators also witnessed a young boy carrying a heavy load of cocoa pods on a farm that sells to the cooperative Farmers Hope,[43] which is certified through September 30, 2021 by UTZ, which merged with Rainforest Alliance in 2018.[44]



51.     During an investigation in August 2021, farmers at another Rainforest Alliance certified cocoa producer, the NECAAYO cooperative,[45] explained to the investigators that children had to work on the farms because they were not getting paid enough to live on and that they were paid under the farm gate price, or the price that reflects the net value of a product when it leaves a farm.[46]

52.     As one of these farmers stated, "They tell us that children are not supposed to work but they are the ones who help me feed the family. Children work in the plantations because the

---

[43] *CAL Finds Evidence of Child Labor on Rainforest Alliance Certified Farms*, supra note 41.
[44] *List of UTZ certified cocoa producers*, UTZ, (Aug. 25, 2021), https://utz.org/wp-content/uploads/2017/05/List-of-UTZ-certified-cocoa-producers.pdf.
[45] *Id.*
[46] *CAL Finds Evidence of Child Labor on Rainforest Alliance Certified Farms*, supra note 41.

cooperatives and companies treat us so badly that we need to make children work on the plantations."[47]

53.     Thus, while claiming to stand for "people and nature," Rainforest Alliance's certifications are far from a guarantee that the products they certify have been ethically and sustainably sourced and instead demonstrate that issues such as unlivable working conditions and child labor persist at these farms.

### C. Rainforest Alliance's Certification System is Inherently Inadequate.

54.     As demonstrated by the specific evidence of Rainforest Alliance Certified farms employing exploitive labor practices, including child labor, *supra* Section II.B, Rainforest Alliance fails to provide the necessary mechanisms and procedures to ensure its certified products are responsibly and ethically sourced and produced.

55.     This is in part due to the fact that certifying companies like Rainforest Alliance provide their own standards for assessing working conditions and do not "explicitly require compliance with international human rights or international labor standards . . . ."[48]

56.     Seemingly admitting to the inadequacy of their existing standards, in 2021, Rainforest Alliance adopted an "assess-and-address" framework, stating that "Sustainability is a journey, not an end in itself."[49]

---

[47] *Id.*

[48] *Not Fit-for-Purpose: The Grand Experiment of Multi-Stakeholder Initiatives in Corporate Accountability, Human Rights and Global Governance*, MSI Integrity (July 2020), https://www.msi-integrity.org/wp-content/uploads/2020/07/MSI_Not_Fit_For_Purpose_FORWEBSITE.FINAL_.pdf.

[49] *Rainforest Alliance Sustainable Agricultural Standard: Introduction*, Rainforest Alliance, https://www.rainforest-alliance.org/wp-content/uploads/2020/06/2020-Sustainable-Agriculture-Standard_ Introduction.pdf (last visited Oct. 26, 2021).

57.     Under this framework, Rainforest Alliance permits farms on which instances of child labor, forced labor, discrimination, and workplace violence and harassment are found to continue to be certified.[50]

58.     Lack of enforcement and thorough oversight also contribute to the fallibility of Rainforest Certified products' ethical guarantees.

59.     For example, the third-party inspectors who work for these companies are only required to visit about *10 percent* of the cocoa farms that companies such as Hershey source from.[51]

60.     Industry experts, including the International Cocoa Initiative, have found that this kind of occasional audit check is insufficient to identify labor issues.[52]

61.     Even more problematically, Rainforest Alliance's audit system does little to guarantee farms are being actively and sufficiently monitored.

62.     For example, from July 1, 2021 to June 30, 2022, Rainforest Alliance is permitting all audits to be done remotely, with no auditor physically present at the farms.[53]

63.     Due to such lax monitoring, farmers in Ghana and Cote d'Ivoire often do not even know if their farms are certified.

---

[50] *What's in Our 2020 Certification program? Assess-and-Address*, Rainforest Alliance, (June 2020), https://www.rainforest-alliance.org/wp-content/uploads/2020/06/2020-program-assess-address.pdf; *Rainforest Alliance Sustainable Agriculture Standard: Farm Requirements*, https://www.rainforest-alliance.org/wp-content/uploads/2020/06/2020-Sustainable-Agriculture-Standard_Farm-Requirements_Rainforest-Alliance.pdf (last visited Oct. 26, 2021).

[51] Whoriskey, et al., *Cocoa's child laborers, supra* note 28.

[52] Oliver Nieburg, *Fair game: How effective is cocoa certification?* Confectionary News (Dec. 20, 2017), https://www.confectionerynews.com/Article/2017/12/20/Fair-trade-How-effective-is-cocoa-certification ("If you're trying to use that light and occasional coverage to check for the occurrence of something that happens from one day to the next . . . you're not really going to be picking up on the issue.")

[53] *Rainforest Alliance Policy on Remote Audits*, Rainforest Alliance, (May 2021), https://www.rainforest-alliance.org/wp-content/uploads/2021/07/policy-on-remote-audits.pdf.

64.     A 2018 study on certified tea and cocoa farms found that certification had little to no impact on labor conditions on cocoa farms.[54]

65.     Indeed, that study found that 95 percent of cocoa farmers in Ghana did not know whether their farms were certified.[55]

66.     Moreover, farmers that sold their cocoa to certified cooperatives were often unable to explain what labor standards they were supposed to be complying with and how these standards differed from the standards for non-certified cooperatives.[56]

67.     One cooperative representative also explained that "they were unsure which farms were covered [by certification] since this changed year to year, and it is up to farmers to decide if they want to sell their beans as certified or not."[57]

68.     As evidenced by the findings of exploitive and child labor practices at Rainforest Alliance's certified farms, it is clear that the practices and processes of Rainforest Alliance's certification do not "meet rigorous sustainability standards."

69.     Because Hershey markets its products as sustainable and utilizes its Rainforest Alliance certification to evidence its responsible sourcing practices when in fact this certification does not guarantee responsible sourcing and Hershey continues to use unsustainable and irresponsible production practices such as child labor, Defendants' marketing and advertising of the Products are misleading to reasonable consumers.

---

[54] Genevieve LeBaron, *The Global Business of Forced Labor: Report of Findings*, SPERI & University of Sheffield (2018), http://globalbusinessofforcedlabour.ac.uk/wp-content/uploads/2018/05/Report-of-Findings-Global-Business-of-Forced-Labour.pdf.
[55] *Id.*
[56] *Id.*
[57] *Id.*

III.    **Defendants' Representations are Material and Misleading to Consumers.**

70.      Defendants' false and misleading representations that Hershey's Rainforest Alliance certified Products are "sustainable," are "100 percent certified and sustainable," are "responsibly sourced," meet "rigorous sustainability standards," and are certified with "the highest level of assurance" are material to consumers.

71.      Consumers care deeply about exploitive labor practices in supply chains. A national survey found that 60 percent of consumers would stop using a product if they knew that human trafficking or forced labor was used to create it.[58]

72.      A majority of consumers would stop buying from brands that they believe are unethical. Moreover, 35 percent of consumers would stop buying from brands they perceive as unethical even if there is no substitute available.[59] Additionally, 63 percent of consumers feel that ethical issues are becoming more important.[60]

73.      A survey of 5,000 consumers showed that significant segments of the national consumer base prioritize "more transparency from food producers and retailers," "accountability and transparency through the entire food supply chain," and "fair treatment of workers."[61]

74.      Because there have been many documented instances of Rainforest Alliance's certification failing to ensure fair labor conditions and Hershey's failure to guarantee that its Rainforest Alliance certified Products are in fact "sustainable," "100 percent certified and sustainable," "responsibly sourced," and meet "rigorous sustainability standards" under "the

---

[58] *Even If Consumers Aren't Aware of Human Trafficking, Companies Need to Be*, Enterra Solutions, (Mar. 6, 2020),   https://enterrasolutions.com/blog/even-if-consumers-arent-aware-of-human-trafficking-companies-need-to-be/.

[59] *56% of Americans Stop Buying From Brands They Believe Are Unethical*, Mintel (Nov. 18, 2015), https://bit.ly/3Edz0oa.

[60] *Id.*

[61] *Consumer Survey Shows Changing Definition of Food Safety*, Food Safety News, https://www.foodsafetynews.com/2016/02/123246/ (last visited Oct. 26, 2021).

highest level of assurance" (*see supra* Section II), Defendants' marketing of the products as responsibly sourced and sustainable are misleading to reasonable consumers.

## PARTIES

75.     Defendant The Hershey Company is headquartered in Hershey, Pennsylvania. Hershey is a confectionary company and the largest producer of chocolate products in North America.

76.     Hershey's Products are available in a wide variety of national supermarket chains, regional stores, and other retail outlets, including stores in the District.

77.     Defendant The Rainforest Alliance Inc. maintains a principal place of business in New York, New York.

78.     Rainforest Alliance is an international organization whose stated mission is to create a more sustainable world by using social and market forces to protect nature and improve the lives of farmers and forest communities.

79.     Plaintiff Corporate Accountability Lab is a § 501(c)(3) nonprofit public-interest organization dedicated to exposing human and labor rights violations and holding corporations accountable for those violations. CAL focuses on addressing the crisis of widespread corporate abuse of human and worker rights.

80.     Part of CAL's work involves educating the general public, including consumers, about these rampant abuses in the supply chain and the failures of groups like Rainforest Alliance to substantiate their certification promises.

81.     CAL does this through outreach like public facing reports, articles, and blog posts. Many of these publications, such as CAL's 2021 blog post "*Fair Trade USA & the Failures of*

*Eco-Social Certification,*"[62] seek to educate the general public about the same sorts of issues inherent in this Complaint.

## JURISDICTION AND VENUE

82.      This court has personal jurisdiction over the parties in this case. Plaintiff CAL, by filing this Complaint, consents to this Court having personal jurisdiction over it.

83.      This Court has personal jurisdiction over Defendants Hershey and Rainforest Alliance pursuant to D.C. Code § 13-423. Defendants have sufficient minimum contacts with the District of Columbia to establish personal jurisdiction of this Court over it because, *inter alia*, Defendants are engaged in deceptive schemes and acts directed at persons residing in, located in, or doing business in the District of Columbia, or otherwise purposefully avail themselves of the laws of this District through their marketing and sales of their products and services in this District.

84.      The Court has subject matter jurisdiction over this action under the CPPA, D.C. § 28-3901, *et seq.*

85.      Venue is proper in this Court because Defendants aim their marketing and advertising material at consumers within the District. Defendants' internet advertising is accessible in the District. Hershey's Rainforest Alliance certified Products can be, and are, purchased in the District by District consumers.

## CAUSE OF ACTION

### *Violations of the District of Columbia Consumers Protection Procedures Act*

86.      CAL incorporates by reference all the allegations of the preceding paragraphs of this Complaint.

---

[62] Avery Kelly, *Fair Trade USA & the Failures of Eco-Social Certification*, Corporate Accountability Lab, (May 20, 2021), https://corpaccountabilitylab.org/calblog/2021/5/20/fair-trade-usa-amp-the-failures-of-eco-social-certificationnbsp/.

87.     CAL is a nonprofit, public interest organization that brings these claims on behalf of the general public and District consumers. *See* D.C. Code § 28-3905(k)(1)(C), (D)(i).

88.     Through § 28-3905(k)(1)(C), the DC CPPA allows for nonprofit organizational standing to the fullest extent recognized by the D.C. Court of Appeals in its past and future decisions addressing the limits of Constitutional standing under Article III.

89.     Through § 28-3905(k)(1)(D)(i), the DC CPPA explicitly allows for public-interest organizational standing even beyond that which is afforded pursuant to § 28-3905(k)(1)(C) and allows a public-interest organization to stand in the shoes of a consumer to seek relief from any violation of the CPPA.

90.     Hershey is a "person" and a "merchant" that provides "goods" within the meaning of the CPPA. See *id.* § 28-3901(a)(1), (3), (7).

91.     Rainforest Alliance is also a "person" and a "merchant" within the meaning of the CPPA, due to its connection with the marketing and supply side of the Products.

92.     Defendants have advertised and market the Products with phrases such as "100 percent certified and sustainable" and "responsibly sourced," when, in fact, Hershey sells Rainforest Alliance certified Products that are sourced from exploitive cocoa farms. Thus, Defendants have violated the CPPA by "represent[ing] that goods . . . have a source . . . [or] characteristics . . . that they do not have"; "represent[ing] that goods . . . are of a particular standard, quality, grade, style, or model, if in fact they are of another"; "misrepresent[ing] as to a material fact which has a tendency to mislead"; "fail[ing] to state a material fact if such failure tends to mislead"; "us[ing] innuendo or ambiguity as to a material fact, which has a tendency to mislead"; and "advertis[ing] . . . goods . . . without the intent to sell them as advertised." See *id.* § 28-3904(a), (d), (e), (f), (f-1), (h).

## JURY TRIAL DEMAND

93.     Plaintiff CAL hereby demands a trial by jury.

## PRAYER FOR RELIEF

*Wherefore*, Plaintiff CAL prays for judgment against Defendants and requests the

following relief:

a.      A declaration that Defendants' conduct is in violation of the CPPA;

b.      An order enjoining Defendants' conduct found to be in violation of the CPPA; and

c.      An order granting Plaintiff costs and disbursements, including reasonable

attorneys' fees and expert fees, and prejudgment interest at the maximum rate allowable by law.

DATED: October 27, 2021                    **RICHMAN LAW & POLICY**

                                           _____

                                           Kim E. Richman (D.C. Bar No. 1022978)
                                           1 Bridge Street, Suite 83
                                           Irvington, NY 10533
                                           T: (718) 705-4579
                                           krichman@richmanlawpolicy.com

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

CORPORATE ACCOUNTABILITY LAB

Case Number: _____

vs

THE HERSHEY COMPANY and
THE RAINFOREST ALLIANCE INC.

Date: _____ 10/27/21 _____

☐ One of the defendants is being sued
in their official capacity.

| | |
|---|---|
| Name: *(Please Print)* <br> Kim E. Richman | Relationship to Lawsuit |
| Firm Name: RICHMAN LAW & POLICY | ☐ Attorney for Plaintiff <br> ☐ Self (Pro Se) |
| Telephone No.: Six digit Unified Bar No.: <br> (718) 705-4579  1022978 | ☐ Other: _____ |

TYPE OF CASE: ☐ Non-Jury     ☐ 6 Person Jury     ☒ 12 Person Jury

Demand: $_____     Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.:_____     Judge: _____     Calendar #:_____

Case No.:_____     Judge: _____     Calendar#:_____

---

**NATURE OF SUIT:**     *(Check One Box Only)*

**A. CONTRACTS**                    **COLLECTION CASES**

| | | |
|---|---|---|
| ☐ 01 Breach of Contract | ☐ 14 Under $25,000 Pltf. Grants Consent | ☐ 16 Under $25,000 Consent Denied |
| ☐ 02 Breach of Warranty | ☐ 17 OVER $25,000 Pltf. Grants Consent | ☐ 18 OVER $25,000 Consent Denied |
| ☐ 06 Negotiable Instrument | ☐ 27 Insurance/Subrogation | ☐ 26 Insurance/Subrogation |
| ☐ 07 Personal Property |     Over $25,000 Pltf. Grants Consent |     Over $25,000 Consent Denied |
| ☐ 13 Employment Discrimination | ☐ 07 Insurance/Subrogation | ☐ 34 Insurance/Subrogation |
| ☐ 15 Special Education Fees |     Under $25,000 Pltf. Grants Consent |     Under $25,000 Consent Denied |
| | ☐ 28 Motion to Confirm Arbitration <br>     Award (Collection Cases Only) | |

**B. PROPERTY TORTS**

| | | |
|---|---|---|
| ☐ 01 Automobile | ☐ 03 Destruction of Private Property | ☐ 05 Trespass |
| ☐ 02 Conversion | ☐ 04 Property Damage | |
| ☐ 07 Shoplifting, D.C. Code § 27-102 (a) | | |

**C. PERSONAL TORTS**

| | | |
|---|---|---|
| ☐ 01 Abuse of Process | ☐ 10 Invasion of Privacy | ☐ 17 Personal Injury- (Not Automobile, <br>     Not Malpractice) |
| ☐ 02 Alienation of Affection | ☐ 11 Libel and Slander | ☐ 18 Wrongful Death (Not Malpractice) |
| ☐ 03 Assault and Battery | ☐ 12 Malicious Interference | ☐ 19 Wrongful Eviction |
| ☐ 04 Automobile- Personal Injury | ☐ 13 Malicious Prosecution | ☐ 20 Friendly Suit |
| ☒ 05 Deceit (Misrepresentation) | ☐ 14 Malpractice Legal | ☐ 21 Asbestos |
| ☐ 06 False Accusation | ☐ 15 Malpractice Medical (Including Wrongful Death) | ☐ 22 Toxic/Mass Torts |
| ☐ 07 False Arrest | ☐ 16 Negligence- (Not Automobile, <br>     Not Malpractice) | ☐ 23 Tobacco |
| ☐ 08 Fraud | | ☐ 24 Lead Paint |

SEE REVERSE SIDE AND CHECK HERE          IF USED

# Information Sheet, Continued

**C. OTHERS**

- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 05 Ejectment
- ☐ 09 Special Writ/Warrants
  (DC Code § 11-941)
- ☐ 10  Traffic Adjudication
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☐ 16 Declaratory Judgment

- ☐ 17 Merit Personnel Act (OEA)
  (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability

- ☐ 24 Application to Confirm, Modify,
  Vacate Arbitration Award (DC Code § 16-4401)
- ☐ 29 Merit Personnel Act (OHR)
- ☐ 31 Housing Code Regulations
- ☐ 32 Qui Tam
- ☐ 33 Whistleblower

**II.**

- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment/Domestic
- ☐ 08 Foreign Judgment/International
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage
  Certificate
- ☐ 26 Petition for Civil Asset Forfeiture (Vehicle)
- ☐ 27 Petition for Civil Asset Forfeiture (Currency)
- ☐ 28 Petition for Civil Asset Forfeiture (Other)

- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as
  Judgment [ D.C. Code §
  2-1802.03 (h) or 32-151 9 (a)]
- ☐ 20 Master Meter (D.C. Code §
  42-3301, et seq.)

- ☐ 21 Petition for Subpoena
  [Rule 28-I (b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27(a)(1)
  (Perpetuate Testimony)
- ☐ 24 Petition for Structured Settlement
- ☐ 25 Petition for Liquidation

**D.  REAL PROPERTY**

- ☐ 09 Real Property-Real Estate
- ☐ 12 Specific Performance
- ☐ 04 Condemnation (Eminent Domain)
- ☐ 10 Mortgage Foreclosure/Judicial Sale
- ☐ 11 Petition for Civil Asset Forfeiture (RP)

- ☐ 08 Quiet Title
- ☐ 25 Liens: Tax / Water Consent Granted
- ☐ 30 Liens: Tax / Water Consent Denied
- ☐ 31 Tax Lien Bid Off Certificate Consent Granted

_____
Attorney's Signature

10/27/21
_____
Date

CV-496/ June 2015

Filed
D.C. Superior Court
10/27/2021 11:17AM
Clerk of the Court

### SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

| | |
|---|---|
| CORPORATE ACCOUNTABILITY LAB, 6214 N. Glenwood Ave., Chicago, IL 60660<br><br>Plaintiff,<br><br>v.<br><br>THE HERSHEY COMPANY, 19 E. Chocolate Ave., Hershey PA, 17033 and; THE RAINFOREST ALLIANCE INC., 125 Broad Street, New York, NY 10004,<br><br>Defendants. | Case No. _____<br><br><br>**COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

On behalf of itself and the general public, and in the interest of consumers, Corporate Accountability Lab ("CAL") brings this action against Defendants The Hershey Company ("Hershey") and The Rainforest Alliance Inc. ("Rainforest Alliance") concerning their false and deceptive marketing representations of Hershey's Rainforest Alliance certified chocolate products as "sustainable" and "responsible" when in fact the supply and production of these products contributes to the grievous and unsustainable labor abuses that are endemic in the cocoa industry. Reasonable consumers seeking to buy ethically and sustainably produced chocolate products are misled both by Rainforest Alliance's independent representations that its certification "provide[s] the highest level of assurance" regarding the product's sourcing standards and by Hershey's advertising and marketing of its Rainforest Alliance certified products as unqualifiedly "sustainable."

## INTRODUCTION

1.      The use of fair and sustainable labor practices is of growing concern to consumers.

2.      Consumers increasingly seek out products that are made without the use of forced labor, child labor, or exploitative working conditions, especially in industries known for their use of such practices.

3.      Cocoa farming is one such industry, with a well-publicized history of unfair labor practices in chocolate production.

4.      Consumers who wish to purchase more ethical and sustainable alternatives rely on the products' packaging, marketing, advertising, and relevant certifications to purchase products that align with their values.

5.      This is a consumer-protection case concerning deceptive marketing representations regarding Hershey's Rainforest Alliance certified chocolate products (the "Products").[1] This case is brought by CAL, a nonprofit, public interest organization dedicated to holding corporations accountable for human and environmental abuses and informing the public, including consumers, about the realities of these abuses.

6.      Defendant Rainforest Alliance is an international non-governmental organization ("NGO") which, among other things, certifies products for their sustainability and represents that

---

[1] Hershey states that while it only sources "certified cocoa," it labels several of its products as specifically certified by Rainforest Alliance, including, in the U.S., its Brookside products. *See Cocoa Certification*, Hershey, https://www.thehersheycompany.com/en_us/home/sustainability/sustainability-focus-areas/cocoa.html (last visited Oct. 26, 2021); *Certified Product: Brookside*, Rainforest Alliance, (Dec. 18, 2019); https://www.rainforest-alliance.org/find-certified/brookside/.

However, discovery may reveal that additional Hershey products are labelled as Rainforest Alliance certified and should be included within the scope of the allegations in this Complaint, and Plaintiff reserves the right to add such products.

their certification "is a symbol of environmental, social, and economic sustainability"[2] and that "addressing human rights abuses in agriculture and forestry is a key focus of [their] work."[3]

7.      Defendant Hershey is one of the largest chocolate manufacturers in the world[4] and claims to have "achieved 100 percent certified and sustainable cocoa" in part by sourcing through Rainforest Alliance certified cocoa farms.[5]

8.      Defendants market the Products as "grown and harvested on farms and forests that follow sustainable practices,"[6] that they employ "responsible sourcing" in producing the Products,[7] and that these cocoa Products are unqualifiedly "sustainable."[8]

9.      In reality, far from "meet[ing] rigorous environmental and social standards"[9] and achieving "100 percent . . . sustainable cocoa,"[10] Hershey's Rainforest Alliance certified Products have a well-documented connection to child labor and other exploitive labor practices, and the certification does little to guarantee sustainability in the cocoa supply chain.

10.     Thus, Hershey and Rainforest Alliance's combined advertising—which suggests that Hershey's Rainforest Alliance certified chocolate is sustainable and free from unfair labor practices—is false and misleading.

---

[2] *Find Certified Products,* Rainforest Alliance, https://www.rainforest-alliance.org/find-certified (last visited Oct. 26, 2021).

[3] *Human Rights,* Rainforest Alliance, https://www.rainforest-alliance.org/issues/human-rights (last visited Oct. 26, 2021).

[4] Nils-Gerrit Wunsch, *Market Share of the Leading Chocolate Companies in the United States in 2018,* (May 6, 2021) https://www.statista.com/statistics/238794/market-share-of-the-leading-chocolate-companies-in-the-us/.

[5] *Sustainability: Cocoa,* The Hershey Company, https://www.thehersheycompany.com/en_us/home/sustainability/sustainability-focus-areas/cocoa.html (last visited Oct. 26, 2021).

[6] *Certified Product: Hershey's,* The Rainforest Alliance, https://www.rainforest-alliance.org/find-certified/hersheys/ (last visited Oct. 26, 2021); *Certified Product: Brookside,* Rainforest Alliance, https://www.rainforest-alliance.org/find-certified/brookside (last visited Oct. 26, 2021).

[7] Beatrice Moulianitaki, *Going Beyond 'Fair Trade' with Hershey's Sustainable Cocoa Strategy, https://www.thehersheycompany.com/en_us/home/newsroom/blog/blog-detail.html?guid=54d10aacf78d7e48341f9 28615f894ba* (last visited Oct. 26, 2021).

[8] *Id.*

[9] *Certified Product: Hershey's, supra* note 6.

[10] *Sustainability: Cocoa, supra* note 5.

## STATUTORY FRAMEWORK

11.     This action is brought under the District of Columbia Consumer Protection

Procedures Act ("CPPA"), D.C. Code § 28-3901, *et seq.*

12.     The CPPA makes it a violation for "any person" to, *inter alia*:

Represent that goods or services have a source, sponsorship, approval, certification, accessories, characteristics, ingredients, uses, benefits, or quantities that they do not have;

Represent that goods or services are of a particular standard, quality, grade, style, or model, if in fact they are of another;

Misrepresent as to a material fact which has a tendency to mislead;

Fail to state a material fact if such failure tends to mislead;

Use innuendo or ambiguity as to a material fact, which has a tendency to mislead; or

Advertise or offer goods or services without the intent to sell them or without the intent to sell them as advertised or offered.

D.C. Code § 28-3904(a), (d), (e), (f), (f-1), (h).

13.     A violation occurs regardless of "whether or not any consumer is in fact misled,

deceived or damaged thereby." *Id.*

14.     The CPPA "establishes an enforceable right to truthful information from merchants

about consumer goods and services that are or would be purchased, leased, or received in the

District of Columbia." *Id.* § 28-3901(c). It "shall be construed and applied liberally to promote its

purpose." *Id.*

15.     Under the statute, a "merchant" is defined as "a person, whether organized or

operating for profit or for a nonprofit purpose, who in the ordinary course of business does or

would sell, lease (to), or transfer, either directly or indirectly, consumer goods or services, or a

person who in the ordinary course of business does or would supply the goods or services which are or would be the subject matter of a trade practice" *Id.* § 28-3901(a)(3).

16.      Because CAL is a public-interest organization, it may act on behalf of the general public and bring any action that an individual consumer would be entitled to bring:

> [A] public interest organization may, on behalf of the interests of a consumer or a class of consumers, bring an action seeking relief from the use by any person of a trade practice in violation of a law of the District if the consumer or class could bring an action under subparagraph (A) of this paragraph for relief from such use by such person of such trade practice.

*Id.* § 28-3905(k)(1)(D)(i). Subparagraph (A) provides: "A consumer may bring an action seeking relief from the use of a trade practice in violation of a law of the District."

17.      A public-interest organization may act on behalf of consumers, *i.e.*, the general public of the District of Columbia, so long as the organization has a "sufficient nexus to the interests involved of the consumer or class to adequately represent those interests." *Id.* § 28-3905(k)(1)(D)(ii). As set forth in this Complaint, *see infra* ¶¶ 79-81, Plaintiff CAL's work involves educating the general public, including consumers in the District of Columbia, about exploitive corporate practices that occur across supply chains, and work to redress such harms. CAL thus has a sufficient nexus to D.C. consumers to adequately represent their interests.

18.      This is not a class action, or an action brought on behalf of any specific consumer, but an action brought by CAL on behalf of the general public, *i.e.*, D.C. consumers generally. No class certification will be requested.

19.      This action does not seek damages. Instead, CAL seeks to end the unlawful conduct directed at D.C. consumers. Remedies available under the CPPA include "[a]n injunction against the use of the unlawful trade practice." *Id.* § 28- 3905(k)(2)(D). CAL also seeks declaratory relief in the form of an order holding Defendants' conduct to be unlawful.

## FACT ALLEGATIONS

**I.      Defendants Represent That the Certified Chocolate Products are Responsibly Sourced and Sustainable.**

20.      Hershey represents that it is "Deeply Committed to Responsible Cocoa"[11] and that it has "achieved 100 percent certified and sustainable cocoa."[12]

21.      Hershey evidences this commitment to responsible sourcing in the cocoa industry by the fact that it is certified by Rainforest Alliance:[13]

### Responsible Sourcing Commitments

#### Cocoa

 **By 2020**, source 100% certified and sustainable Mass Balance cocoa through:
- Fair Trade USA
- Rainforest Alliance (UTZ)
- Suppliers' standards meeting the international ISO/CEN criteria

22.      The Products' Rainforest Alliance certification is also used by Hershey to validate its "comprehensive approach to human rights due diligence in cocoa" that includes "farm-level risk assessments through our certification partnerships like Rainforest Alliance."[14]

23.      Similarly, Rainforest Alliance advertises that its certification "provides the highest level of assurance regarding the origins and conditions under which certified cocoa is produced."[15]

24.      Rainforest Alliance also represents that "[f]arms, forest communities, and businesses that participate in our certification program are audited against rigorous sustainability standards based on the triple bottom line: environment, economic, and social well-being."[16]

---

[11] *Goodness in Action: 2020 Sustainability Report*, The Hershey Company, https://bit.ly/30YjG0l (last visited Oct. 26, 2021).

[12] *Sustainability: Cocoa, supra* note 5.

[13] *Goodness in Action, supra* note 11.

[14] *Id.*

[15] *The Rainforest Alliance Launches Cocoa Assurance Plan in West Africa*, Rainforest Alliance (Apr. 29, 2019), https://www.rainforest-alliance.org/articles/rainforest-alliance-launches-cocoa-assurance-plan-in-west-africa.

[16] *Our Approach*, Rainforest Alliance, https://www.rainforest-alliance.org/approach (last visited Oct. 26, 2021).

25.        Specifically, Rainforest Alliance states that its certified Hershey Products "are grown and harvested on farms and forests that follow sustainable practices."[17]



26.        Endorsing this narrative, Hershey assures consumers that it is "[c]reating sustainable solutions" by "sourc[ing] exclusively from cocoa suppliers certified by organizations such as . . . Rainforest Alliance."[18]

27.        According to Hershey, this "ensures we're only working with farmer groups empowered with the resources, administrative systems, and local infrastructures necessary to meet the high standards of certification."[19]

### A. Hershey Represents that its Rainforest Alliance Certified Products are "100 Percent Sustainable"

28.        Throughout its online advertising and social media, Hershey advertises that it "has achieved 100 percent certified and sustainable cocoa."[20]

29.        In the company's "Sustainability Report," Hershey represents to consumers that its priorities . . . [are] "sourcing priority ingredients responsibly and sustainably" and "respecting human rights"[21]

---

[17] *Certified Product: Hershey's, supra* note 6.
[18] Moulianitaki, *Going Beyond 'Fair Trade' supra* note 7.
[19] *Id.*
[20] *See e.g., Sustainability: Cocoa, supra* note 5; The Hershey Company (@HersheyCompany), Twitter (July 6, 2020 10:43 AM), https://twitter.com/hersheycompany/status/1280150322296602625?lang=en.
[21] *Goodness in Action, supra* note 11.



**OUR PRIORITIES**

We have aligned these priorities with our board and they are supported by the goals on the next page.

• Expanding Cocoa For Good
• Sourcing priority ingredients responsibly and sustainably
• Respecting human rights

30.    Hershey claims that it "does not tolerate child labor or forced labor in [its] operations and in [its] value chain."[22]

31.    Continuing these promises, Hershey represents to consumers that they can "rest assured that the chocolate [they're] enjoying is sustainably sourced."[23]

The Hershey Company
@HersheyCompany

Celebrate #WorldChocolateDay 🍫 tomorrow with one of our iconic chocolate bars. And rest assured that the chocolate you're enjoying is sustainably sourced. Read more about our commitment to sustainable cocoa. bit.ly/3dRobdT

**B.    Rainforest Alliance Represents that its Certification of Hershey Products Means These Products Meet "Rigorous Sustainability Standards."**

32.    Rainforest Alliance claims that its "little green frog is a symbol of environmental, social, and economic sustainability . . . ."[24]

---

[22] *Embedding Responsible Recruitment and Employment*,  The Hershey Company, https://bit.ly/3BiADzc (last visited Oct. 26, 2021).
[23] @HersheyCompany, Twitter, *supra* note 20.
[24] *Find Certified Products, supra* note 2.

33.　　　Rainforest Alliance represents that "[f]arms, forest communities, and businesses that participate in our certification program are audited against rigorous sustainability standards based on the triple bottom line: environment, economic, and social well-being."[25]

34.　　　The "little green frog" symbol was updated specifically to include "People & Nature" to represent that the products certified by Rainforest Alliance met high human rights as well as environmental standards.[26]



35.　　　Rainforest Alliance advertises that it is "creating a more sustainable world by using social and market forces to protect nature and improve the lives of farmers and forest communities."[27]

## II.　Hershey's Rainforest Alliance Certified Products are Unsustainable and Not Responsibly Sourced.

### A.　Hershey Has a History of Sourcing Cocoa From Farms With Unfair Labor Conditions.

36.　　　Contrary to Defendants' representations, Hershey's Rainforest Alliance Certified Chocolate Products are neither responsibly sourced nor sustainable.

37.　　　The sourcing and production of these Products have been linked to child labor and exploitive working conditions.

---

[25] *Our Approach, supra* note 16.
[26] *Using Our Logo and Seal*, Rainforest Alliance, https://www.rainforest-alliance.org/business/marketing-sustainability/using-our-logo-and-seal/ (last visited Oct. 26, 2021).
[27] *Our Approach, supra* note 16.

38.     For example, a recent report by the *Washington Post* revealed that about two-thirds of the world's cocoa supply, including Hershey's, comes from West Africa,[28] where, according to a Department of Labor funded NORC Report, more than 1.56 million children work in the cocoa sector, including 1.48 million children who have been "exposed to at least one component of hazardous child labor in cocoa production."[29]

39.     As recently as 2018, Hershey itself identified over 4,000 children doing "inappropriate" work on the cocoa farms that it sources from.[30]

40.     And in spring 2019, Hershey admitted that it "could not guarantee that any of their chocolates were produced without child labor."[31]

41.     Despite Hershey's promise that it "has achieved 100 percent certified and sustainable cocoa," reports as recent as December 2020 show that the company can trace *less than half* of its cocoa back to any specific farm.[32]

42.     Furthermore, farmers on typical Ivorian and Ghanaian cocoa farms, from which Hershey sources some of its cocoa,[33] live well below what the World Bank defines as poverty, earning less than a dollar a day.[34]

---

[28] Peter Whoriskey & Rachel Siegel, *Cocoa's child laborers,* Washington Post (June 5, 2019), https://www.washingtonpost.com/graphics/2019/business/hershey-nestle-mars-chocolate-child-labor-west-africa/.

[29] *NORC Final Report: Assessing Progress in Reducing Child Labor in Cocoa Production in Cocoa Growing Areas of Cote d'Ivoire and Ghana*, NORC (October 19, 2020), https://www.norc.org/PDFs/Cocoa%20Report/NORC%202020%20Cocoa%20Report_English.pdf.

[30] Christian Peña, *The war on Cocoa: Hershey Co. accused of not upholding sustainability efforts in West Africa*, NBC News, (Dec. 12, 2020), https://www.nbcnews.com/business/business-news/war-cocoa-hershey-co-accused-not-upholding-sustainability-efforts-west-n1250798.

[31] Whoriskey, et al.*, Cocoa's child laborers, supra* note 28.

[32] *Id.*

[33] *Hershey Cocoa For Good: 2020 Farmer Groups (89) supplying Hershey's under Cocoa For Good*, The Hershey Company, https://bit.ly/2XNkkMZ (last visited Oct. 26, 2021).

[34] Whoriskey, et al., *Cocoa's child laborers, supra* note 28; Antoine C. Fountain & Friedel Huetz-Adams, *2020 Cocoa Barometer*, Voice Network, https://www.voicenetwork.eu/wp-content/uploads/2021/03/2020-Cocoa-Barometer-EN.pdf (last visited Oct. 26, 2021).

43.     The price that Hershey pays for cocoa from Cote d'Ivoire and Ghana is less than half of the Living Income Price,[35] making it all but impossible for farmers to produce cocoa sustainably when they do not earn enough to cover their basic needs.[36]

44.     Hershey has also been accused of manipulating the futures market to purchase cocoa beans anonymously in an attempt to avoid payment of the Living Income Differential (LID), which requires chocolate companies to pay an extra $400 per ton of cocoa purchased to support impoverished cocoa farmers.[37]

**B. Rainforest Alliance's Certification Does Not Guarantee that the Products have been Responsibly and Sustainably Sourced.**

45.     Marking Hershey's Products as "certified" by Rainforest Alliance does little to alleviate these exploitive labor issues because Rainforest Alliance's auditing and certification processes consistently fail to prevent human rights abuses.

46.     For example, an investigation by Repórter Brasil published in December 2016 found problematic labor conditions and environmental practices in violation of Rainforest Alliance's standards at one of its "certified" farms.[38]

47.     Additionally, a 2015 joint investigation by Radio 4's File and BBC News in Assam, India into the working conditions at plantations that Rainforest Alliance had certified found that workers experienced "dangerous and degrading living and working conditions."[39]

---

[35] *Necessary Farmgate Prices for a Living Income*, Voice Network, (January 2020), https://www.voicenetwork.eu/wp-content/uploads/2020/01/200113-Necessary-Farm-Gate-Prices-for-a-Living-Income-Definitive.pdf.

[36] *2020 Cocoa Barometer*, *supra* note 35.

[37] *The war on Cocoa*, *supra* note 31.

[38] *Certified Coffee, Rightless Workers*, Repórter Brasil (Dec. 2016), https://reporterbrasil.org.br/wp-content/uploads/2016/12/Cafe%CC%81_ING_Web.pdf.

[39] Justin Rowlatt & Jane Deith, *The bitter story behind the UK's national drink*, BBC (Sept. 8, 2015), https://www.bbc.com/news/world-asia-india-34173532.

48.      CAL's own investigations have found evidence of unsustainable wages and young children working on farms that are selling their cocoa to certified cooperatives, including on Rainforest Alliance certified farms.[40]

49.      In December 2020, investigators took a picture of a very young child working on a cocoa farm with her family.[41] The family informed the investigators that they sell to the CNEK cooperative (Coopérative Nouvel Esprit de Ketesso (CNEK)-SCA) which is certified by Rainforest Alliance.[42]



---

[40] Allie Brudney, *CAL Finds Evidence of Child Labor on Rainforest Alliance Certified Farms*, Corporate Accountability Lab, (Oct. 25, 2021), https://corpaccountabilitylab.org/calblog/2021/10/25/cal-finds-evidence-of-child-labor-on-rainforest-alliance-certified-farms.
[41] *Id.*
[42] *List of Certified Farms and Groups*, Rainforest Alliance, https://www.rainforest-alliance.org/wp-content/uploads/2019/06/Certified-Farms-CoC-Operations-May2019.pdf (last visited Oct. 26, 2021).

50.       Investigators also witnessed a young boy carrying a heavy load of cocoa pods on a farm that sells to the cooperative Farmers Hope,[43] which is certified through September 30, 2021 by UTZ, which merged with Rainforest Alliance in 2018.[44]



51.       During an investigation in August 2021, farmers at another Rainforest Alliance certified cocoa producer, the NECAAYO cooperative,[45] explained to the investigators that children had to work on the farms because they were not getting paid enough to live on and that they were paid under the farm gate price, or the price that reflects the net value of a product when it leaves a farm.[46]

52.       As one of these farmers stated, "They tell us that children are not supposed to work but they are the ones who help me feed the family. Children work in the plantations because the

---

[43] *CAL Finds Evidence of Child Labor on Rainforest Alliance Certified Farms*, supra note 41.
[44] *List of UTZ certified cocoa producers*, UTZ, (Aug. 25, 2021), https://utz.org/wp-content/uploads/2017/05/List-of-UTZ-certified-cocoa-producers.pdf.
[45] *Id.*
[46] *CAL Finds Evidence of Child Labor on Rainforest Alliance Certified Farms*, supra note 41.

cooperatives and companies treat us so badly that we need to make children work on the plantations."[47]

53.     Thus, while claiming to stand for "people and nature," Rainforest Alliance's certifications are far from a guarantee that the products they certify have been ethically and sustainably sourced and instead demonstrate that issues such as unlivable working conditions and child labor persist at these farms.

### C. Rainforest Alliance's Certification System is Inherently Inadequate.

54.     As demonstrated by the specific evidence of Rainforest Alliance Certified farms employing exploitive labor practices, including child labor, *supra* Section II.B, Rainforest Alliance fails to provide the necessary mechanisms and procedures to ensure its certified products are responsibly and ethically sourced and produced.

55.     This is in part due to the fact that certifying companies like Rainforest Alliance provide their own standards for assessing working conditions and do not "explicitly require compliance with international human rights or international labor standards . . . ."[48]

56.     Seemingly admitting to the inadequacy of their existing standards, in 2021, Rainforest Alliance adopted an "assess-and-address" framework, stating that "Sustainability is a journey, not an end in itself."[49]

---

[47] *Id.*

[48] *Not Fit-for-Purpose: The Grand Experiment of Multi-Stakeholder Initiatives in Corporate Accountability, Human Rights and Global Governance*, MSI Integrity (July 2020), https://www.msi-integrity.org/wp-content/uploads/2020/07/MSI_Not_Fit_For_Purpose_FORWEBSITE.FINAL_.pdf.

[49] *Rainforest Alliance Sustainable Agricultural Standard: Introduction,* Rainforest Alliance, https://www.rainforest-alliance.org/wp-content/uploads/2020/06/2020-Sustainable-Agriculture-Standard_Introduction.pdf (last visited Oct. 26, 2021).

57.     Under this framework, Rainforest Alliance permits farms on which instances of child labor, forced labor, discrimination, and workplace violence and harassment are found to continue to be certified.[50]

58.     Lack of enforcement and thorough oversight also contribute to the fallibility of Rainforest Certified products' ethical guarantees.

59.     For example, the third-party inspectors who work for these companies are only required to visit about **10 percent** of the cocoa farms that companies such as Hershey source from.[51]

60.     Industry experts, including the International Cocoa Initiative, have found that this kind of occasional audit check is insufficient to identify labor issues.[52]

61.     Even more problematically, Rainforest Alliance's audit system does little to guarantee farms are being actively and sufficiently monitored.

62.     For example, from July 1, 2021 to June 30, 2022, Rainforest Alliance is permitting all audits to be done remotely, with no auditor physically present at the farms.[53]

63.     Due to such lax monitoring, farmers in Ghana and Cote d'Ivoire often do not even know if their farms are certified.

---

[50] *What's in Our 2020 Certification program? Assess-and-Address*, Rainforest Alliance, (June 2020), https://www.rainforest-alliance.org/wp-content/uploads/2020/06/2020-program-assess-address.pdf; *Rainforest Alliance Sustainable Agriculture Standard: Farm Requirements*, https://www.rainforest-alliance.org/wp-content/uploads/2020/06/2020-Sustainable-Agriculture-Standard_Farm-Requirements_Rainforest-Alliance.pdf (last visited Oct. 26, 2021).

[51] Whoriskey, et al., *Cocoa's child laborers, supra* note 28.

[52] Oliver Nieburg, *Fair game: How effective is cocoa certification?* Confectionary News (Dec. 20, 2017), https://www.confectionerynews.com/Article/2017/12/20/Fair-trade-How-effective-is-cocoa-certification ("If you're trying to use that light and occasional coverage to check for the occurrence of something that happens from one day to the next . . . you're not really going to be picking up on the issue.")

[53] *Rainforest Alliance Policy on Remote Audits*, Rainforest Alliance, (May 2021), https://www.rainforest-alliance.org/wp-content/uploads/2021/07/policy-on-remote-audits.pdf.

64.     A 2018 study on certified tea and cocoa farms found that certification had little to no impact on labor conditions on cocoa farms.[54]

65.     Indeed, that study found that 95 percent of cocoa farmers in Ghana did not know whether their farms were certified.[55]

66.     Moreover, farmers that sold their cocoa to certified cooperatives were often unable to explain what labor standards they were supposed to be complying with and how these standards differed from the standards for non-certified cooperatives.[56]

67.     One cooperative representative also explained that "they were unsure which farms were covered [by certification] since this changed year to year, and it is up to farmers to decide if they want to sell their beans as certified or not."[57]

68.     As evidenced by the findings of exploitive and child labor practices at Rainforest Alliance's certified farms, it is clear that the practices and processes of Rainforest Alliance's certification do not "meet rigorous sustainability standards."

69.     Because Hershey markets its products as sustainable and utilizes its Rainforest Alliance certification to evidence its responsible sourcing practices when in fact this certification does not guarantee responsible sourcing and Hershey continues to use unsustainable and irresponsible production practices such as child labor, Defendants' marketing and advertising of the Products are misleading to reasonable consumers.

---

[54] Genevieve LeBaron, *The Global Business of Forced Labor: Report of Findings*, SPERI & University of Sheffield (2018), http://globalbusinessofforcedlabour.ac.uk/wp-content/uploads/2018/05/Report-of-Findings-Global-Business-of-Forced-Labour.pdf.
[55] *Id.*
[56] *Id.*
[57] *Id.*

III.     **Defendants' Representations are Material and Misleading to Consumers.**

70.     Defendants' false and misleading representations that Hershey's Rainforest Alliance certified Products are "sustainable," are "100 percent certified and sustainable," are "responsibly sourced," meet "rigorous sustainability standards," and are certified with "the highest level of assurance" are material to consumers.

71.     Consumers care deeply about exploitive labor practices in supply chains. A national survey found that 60 percent of consumers would stop using a product if they knew that human trafficking or forced labor was used to create it.[58]

72.     A majority of consumers would stop buying from brands that they believe are unethical. Moreover, 35 percent of consumers would stop buying from brands they perceive as unethical even if there is no substitute available.[59] Additionally, 63 percent of consumers feel that ethical issues are becoming more important.[60]

73.     A survey of 5,000 consumers showed that significant segments of the national consumer base prioritize "more transparency from food producers and retailers," "accountability and transparency through the entire food supply chain," and "fair treatment of workers."[61]

74.     Because there have been many documented instances of Rainforest Alliance's certification failing to ensure fair labor conditions and Hershey's failure to guarantee that its Rainforest Alliance certified Products are in fact "sustainable," "100 percent certified and sustainable," "responsibly sourced," and meet "rigorous sustainability standards" under "the

---

[58] *Even If Consumers Aren't Aware of Human Trafficking, Companies Need to Be*, Enterra Solutions, (Mar. 6, 2020), https://enterrasolutions.com/blog/even-if-consumers-arent-aware-of-human-trafficking-companies-need-to-be/.

[59] *56% of Americans Stop Buying From Brands They Believe Are Unethical*, Mintel (Nov. 18, 2015), https://bit.ly/3Edz0oa.

[60] *Id.*

[61] *Consumer Survey Shows Changing Definition of Food Safety*, Food Safety News, https://www.foodsafetynews.com/2016/02/123446/ (last visited Oct. 26, 2021).

highest level of assurance" (*see supra* Section II), Defendants' marketing of the products as responsibly sourced and sustainable are misleading to reasonable consumers.

## PARTIES

75.     Defendant The Hershey Company is headquartered in Hershey, Pennsylvania. Hershey is a confectionary company and the largest producer of chocolate products in North America.

76.     Hershey's Products are available in a wide variety of national supermarket chains, regional stores, and other retail outlets, including stores in the District.

77.     Defendant The Rainforest Alliance Inc. maintains a principal place of business in New York, New York.

78.     Rainforest Alliance is an international organization whose stated mission is to create a more sustainable world by using social and market forces to protect nature and improve the lives of farmers and forest communities.

79.     Plaintiff Corporate Accountability Lab is a § 501(c)(3) nonprofit public-interest organization dedicated to exposing human and labor rights violations and holding corporations accountable for those violations. CAL focuses on addressing the crisis of widespread corporate abuse of human and worker rights.

80.     Part of CAL's work involves educating the general public, including consumers, about these rampant abuses in the supply chain and the failures of groups like Rainforest Alliance to substantiate their certification promises.

81.     CAL does this through outreach like public facing reports, articles, and blog posts. Many of these publications, such as CAL's 2021 blog post "*Fair Trade USA & the Failures of*

*Eco-Social Certification*,"[62] seek to educate the general public about the same sorts of issues inherent in this Complaint.

## JURISDICTION AND VENUE

82.     This court has personal jurisdiction over the parties in this case. Plaintiff CAL, by filing this Complaint, consents to this Court having personal jurisdiction over it.

83.     This Court has personal jurisdiction over Defendants Hershey and Rainforest Alliance pursuant to D.C. Code § 13-423. Defendants have sufficient minimum contacts with the District of Columbia to establish personal jurisdiction of this Court over it because, *inter alia*, Defendants are engaged in deceptive schemes and acts directed at persons residing in, located in, or doing business in the District of Columbia, or otherwise purposefully avail themselves of the laws of this District through their marketing and sales of their products and services in this District.

84.     The Court has subject matter jurisdiction over this action under the CPPA, D.C. § 28-3901, *et seq.*

85.     Venue is proper in this Court because Defendants aim their marketing and advertising material at consumers within the District. Defendants' internet advertising is accessible in the District. Hershey's Rainforest Alliance certified Products can be, and are, purchased in the District by District consumers.

## CAUSE OF ACTION

### *Violations of the District of Columbia Consumers Protection Procedures Act*

86.     CAL incorporates by reference all the allegations of the preceding paragraphs of this Complaint.

---

[62] Avery Kelly, *Fair Trade USA & the Failures of Eco-Social Certification*, Corporate Accountability Lab, (May 20, 2021), https://corpaccountabilitylab.org/calblog/2021/5/20/fair-trade-usa-amp-the-failures-of-eco-social-certificationnbsp/.

87.     CAL is a nonprofit, public interest organization that brings these claims on behalf of the general public and District consumers. *See* D.C. Code § 28-3905(k)(1)(C), (D)(i).

88.     Through § 28-3905(k)(1)(C), the DC CPPA allows for nonprofit organizational standing to the fullest extent recognized by the D.C. Court of Appeals in its past and future decisions addressing the limits of Constitutional standing under Article III.

89.     Through § 28-3905(k)(1)(D)(i), the DC CPPA explicitly allows for public-interest organizational standing even beyond that which is afforded pursuant to § 28-3905(k)(1)(C) and allows a public-interest organization to stand in the shoes of a consumer to seek relief from any violation of the CPPA.

90.     Hershey is a "person" and a "merchant" that provides "goods" within the meaning of the CPPA. See *id.* § 28-3901(a)(1), (3), (7).

91.     Rainforest Alliance is also a "person" and a "merchant" within the meaning of the CPPA, due to its connection with the marketing and supply side of the Products.

92.     Defendants have advertised and market the Products with phrases such as "100 percent certified and sustainable" and "responsibly sourced," when, in fact, Hershey sells Rainforest Alliance certified Products that are sourced from exploitive cocoa farms. Thus, Defendants have violated the CPPA by "represent[ing] that goods . . . have a source . . . [or] characteristics . . . that they do not have"; "represent[ing] that goods . . . are of a particular standard, quality, grade, style, or model, if in fact they are of another"; "misrepresent[ing] as to a material fact which has a tendency to mislead"; "fail[ing] to state a material fact if such failure tends to mislead"; "us[ing] innuendo or ambiguity as to a material fact, which has a tendency to mislead"; and "advertis[ing] . . . goods . . . without the intent to sell them as advertised." See *id.* § 28-3904(a), (d), (e), (f), (f-1), (h).

## JURY TRIAL DEMAND

93.     Plaintiff CAL hereby demands a trial by jury.

## PRAYER FOR RELIEF

*Wherefore*, Plaintiff CAL prays for judgment against Defendants and requests the

following relief:

a.     A declaration that Defendants' conduct is in violation of the CPPA;

b.     An order enjoining Defendants' conduct found to be in violation of the CPPA; and

c.     An order granting Plaintiff costs and disbursements, including reasonable

attorneys' fees and expert fees, and prejudgment interest at the maximum rate allowable by law.

DATED: October 27, 2021                    **RICHMAN LAW & POLICY**

_____
Kim E. Richman (D.C. Bar No. 1022978)
1 Bridge Street, Suite 83
Irvington, NY 10533
T: (718) 705-4579
krichman@richmanlawpolicy.com

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

CORPORATE ACCOUNTABILITY LAB

Case Number: _____

vs

THE HERSHEY COMPANY and
THE RAINFOREST ALLIANCE INC.

Date: _____10/27/21_____

☐ One of the defendants is being sued
in their official capacity.

| | |
|---|---|
| Name: *(Please Print)* <br>    Kim E. Richman | Relationship to Lawsuit <br> ☒ Attorney for Plaintiff <br> ☐ Self (Pro Se) <br> ☐ Other: _____ |
| Firm Name:    RICHMAN LAW & POLICY | |
| Telephone No.:    Six digit Unified Bar No.: <br>  (718) 705-4579             1022978 | |

TYPE OF CASE:    ☐ Non-Jury      ☐ 6 Person Jury      ☒ 12 Person Jury

Demand: $_____      Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.:_____ Judge: _____ Calendar #:_____

Case No.:_____ Judge: _____ Calendar#:_____

---

NATURE OF SUIT:     *(Check One Box Only)*

**A. CONTRACTS**            **COLLECTION CASES**

☐ 01 Breach of Contract
☐ 02 Breach of Warranty
☐ 06 Negotiable Instrument
☐ 07 Personal Property
☐ 13 Employment Discrimination
☐ 15 Special Education Fees

☐ 14 Under $25,000 Pltf. Grants Consent
☐ 17 OVER $25,000 Pltf. Grants Consent
☐ 27 Insurance/Subrogation
     Over $25,000 Pltf. Grants Consent
☐ 07 Insurance/Subrogation
     Under $25,000 Pltf. Grants Consent
☐ 28 Motion to Confirm Arbitration
     Award (Collection Cases Only)

☐ 16 Under $25,000 Consent Denied
☐ 18 OVER $25,000 Consent Denied
☐ 26 Insurance/Subrogation
     Over $25,000 Consent Denied
☐ 34 Insurance/Subrogation
     Under $25,000 Consent Denied

**B. PROPERTY TORTS**

☐ 01 Automobile
☐ 02 Conversion
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

☐ 03 Destruction of Private Property
☐ 04 Property Damage

☐ 05 Trespass

**C. PERSONAL TORTS**

☐ 01 Abuse of Process
☐ 02 Alienation of Affection
☐ 03 Assault and Battery
☐ 04 Automobile- Personal Injury
☒ 05 Deceit (Misrepresentation)
☐ 06 False Accusation
☐ 07 False Arrest
☐ 08 Fraud

☐ 10 Invasion of Privacy
☐ 11 Libel and Slander
☐ 12 Malicious Interference
☐ 13 Malicious Prosecution
☐ 14 Malpractice Legal
☐ 15 Malpractice Medical (Including Wrongful Death)
☐ 16 Negligence- (Not Automobile,
     Not Malpractice)

☐ 17 Personal Injury- (Not Automobile,
     Not Malpractice)
☐ 18 Wrongful Death (Not Malpractice)
☐ 19 Wrongful Eviction
☐ 20 Friendly Suit
☐ 21 Asbestos
☐ 22 Toxic/Mass Torts
☐ 23 Tobacco
☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE      IF USED

CV-496/June 2015

# Information Sheet, Continued

## C. OTHERS

- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 05 Ejectment
- ☐ 09 Special Writ/Warrants
  (DC Code § 11-941)
- ☐ 10  Traffic Adjudication
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☐ 16 Declaratory Judgment

- ☐ 17 Merit Personnel Act (OEA)
  (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability

- ☐ 24 Application to Confirm, Modify,
  Vacate Arbitration Award (DC Code § 16-4401)
- ☐ 29 Merit Personnel Act (OHR)
- ☐ 31 Housing Code Regulations
- ☐ 32 Qui Tam
- ☐ 33 Whistleblower

## II.

- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment/Domestic
- ☐ 08 Foreign Judgment/International
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage
  Certificate
- ☐ 26 Petition for Civil Asset Forfeiture (Vehicle)
- ☐ 27 Petition for Civil Asset Forfeiture (Currency)
- ☐ 28 Petition for Civil Asset Forfeiture (Other)

- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as
  Judgment [ D.C. Code §
  2-1802.03 (h) or 32-151 9 (a)]
- ☐ 20 Master Meter (D.C. Code §
  42-3301, et seq.)

- ☐ 21 Petition for Subpoena
  [Rule 28-I (b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27(a)(1)
  (Perpetuate Testimony)
- ☐ 24 Petition for Structured Settlement
- ☐ 25 Petition for Liquidation

## D.  REAL PROPERTY

- ☐ 09 Real Property-Real Estate
- ☐ 12 Specific Performance
- ☐ 04 Condemnation (Eminent Domain)
- ☐ 10 Mortgage Foreclosure/Judicial Sale
- ☐ 11 Petition for Civil Asset Forfeiture (RP)

- ☐ 08 Quiet Title
- ☐ 25 Liens: Tax / Water Consent Granted
- ☐ 30 Liens: Tax / Water Consent Denied
- ☐ 31 Tax Lien Bid Off Certificate Consent Granted

_____
Attorney's Signature

10/27/21
_____
Date

CV-496/ June 2015



**Superior Court of the District of Columbia**
CIVIL DIVISION
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Filed
D.C. Superior Court
11/04/2021 13:55PM
Clerk of the Court

CORPORATE ACCOUNTABILITY LAB
_____
                              Plaintiff

vs.

                                          Case Number          2021 CA 003981 B

THE RAINFOREST ALLIANCE INC.
_____
                              Defendant

### SUMMONS

To the above named Defendant:

　　　You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

　　　You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

**Kim E. Richman**
_____
Name of Plaintiff's Attorney

**Richman Law & Policy**
_____
Address
1 Bridge Street, Ste. 83Irvington, NY 10533

**718.705.4579**
_____
Telephone

*Clerk of the Court*

By _____
                              Deputy Clerk

Date _____

如需翻译,请打电话 (202) 879-4828　　　Veuillez appeler au (202) 879-4828 pour une traduction　　Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828로 전화주세요　　　 የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

　　　IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

　　　If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español





# TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
## DIVISIÓN CIVIL
### Sección de Acciones Civiles
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov**

_____
                                                Demandante
        contra

                                                            Número de Caso: _____

_____
                                                Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                        *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                                    Por: _____

_____                        Subsecretario
Dirección

_____
                                    Fecha _____

_____
Teléfono
如需翻译, 请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면 (202) 879-4828 로 전화주십시오      የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO_.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Filed
D.C. Superior Court
11/04/2021 13:54PM
Clerk of the Court

CORPORATE ACCOUNTABILITY LAB
_____
Plaintiff

vs.

| | Case Number | 2021 CA 003981 B |

THE HERSHEY COMPANY
_____
Defendant

### SUMMONS

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

**Kim E. Richman**
_____
Name of Plaintiff's Attorney

**Richman Law & Policy**
_____
Address
1 Bridge Street, Ste. 83Irvington, NY 10533

**718.705.4579**
_____
Telephone

*Clerk of the Court*

By _____
Deputy Clerk

Date _____

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828로 전화해 주십시오    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

    IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
Demandante

contra

Número de Caso: _____

_____
Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_____       *SECRETARIO DEL TRIBUNAL*
Nombre del abogado del Demandante

_____       Por: _____
Dirección                                                             Subsecretario

_____
                                                                       Fecha _____
Teléfono

如需翻译, 请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bản dịch, hãy gọi (202) 879-4828

번역을 원하시면 (202) 879-4828 로 전화주십시오        የትርጉም ተርጓሚ ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                                                       Super. Ct. Civ. R. 4

Filed
D.C. Superior Court
11/10/2021 15:39PM
Clerk of the Court

## AFFIDAVIT OF SERVICE

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISON

CORPORATE ACCOUNTABILITY LAB,

                Plaintiff,

Case No. 2021 CA 003981 B

    -v-

THE HERSEY COMPANY AND THE RAINFOREST
ALLIANCE INC.,

                Defendants.

STATE OF DELAWARE         }
                              }ss.
COUNTY OF NEW CASTLE   }

I, John Garber, State of Delaware, County of New Castle, being duly sworn, says that on the 9th day of November, 2021 at 2:48 p.m., I personally served a copy of an Summons and Complaint with supporting documents on **THE HERSEY COMPANY,** by serving the registered agent, The Corporation Trust Company at 1209 Orange Street, Wilmington, DE 19801.

Name of individual accepting service: Amy McLaren, Corporate Operations Manager.
Description of individual: Caucasian female, 35-40 yrs. old, 135 lbs., 5'5" with brown hair.

                                              John Garber

Subscribed and sworn before me
this 10th day of November, 2021

_____
Notary Public
My commission expires: _____

Filed
D.C. Superior Court
11/24/2021 13:54PM
Clerk of the Court

*VERITEXT 1250 BROADWAY, Suite 2400 New York, NY 10001*

# AFFIDAVIT OF SERVICE

Client's File No.: ~~4672961~~

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| **Case Number:** | 2021 CA 003981 B |
| **Date Filed:** | November 4, 2021 |



*Corporate Accountability Lab*

*vs*                                                                              *Plaintiff(s)/Petitioner(s)*

*The Rainforest Alliance Inc.*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF                    **Queen**, SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and
resides in the State of New York. That on the following date:   November 16, 2021  , at the following time:   2:31 PM  ,
at                    125 Broad Street, 9th Floor, New York, NY 10004                    deponent served the within
Summons and Complaint Demand for Jury Trial

☒ Papers so served were properly endorsed with the Case Number and date of filing.
**Upon:**   **The Rainforest Alliance Inc.**

☐ **Individual**   By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

☐ **Responsible Person**   By delivering to and leaving with _____ , _____
a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's   **Relationship**
[ ] dwelling place   [ ] place of business/employment   [ ] last known address within the State.   [ ] usual place of abode

☐ **Mail**   A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained
by the U. S. P. S. and mailed to the above address on _____ .

☒ **Corporation LLC / LLP**   By delivering to and leaving with   Stana Fields   said individual to be   **Office Manager**
who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☐ **Affixing To Door**   By affixing a true copy thereof to the door, being the defendant/respondent's   [ ] dwelling place   [ ] place of business/employment
[ ] last known address within the State. [ ] usual place of abode

☐ **Previous Attempts**   Deponent previously attempted to serve the above named defendant/respondent on:
1) _____ at _____   4) _____ at _____   7) _____ at _____
2) _____ at _____   5) _____ at _____   8) _____ at _____
3) _____ at _____   6) _____ at _____   9) _____ at _____

**Description of Recipient**   Sex: Female   Color of skin: Black   Color of hair: Black   Age (Approx): 31 -36 Yrs.   Height: 5ft 5in - 5ft 9in
Weight: 145-175 Lbs.   Other Features:

☐ **Witness Fees**   advanced payment was made.

☐ **Military Service**   I asked the person spoken to whether the defendant/respondent was in active military service and received a negative reply. The person spoken with wore
ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations
defendant/respondent narrated above. Upon information and belief, I aver that the recipient is not in military service.

☐ **Other**

Sworn to before me on   November 22, 2021

NOTARY PUBLIC
WLADIMIR NOEL
NOTARY PUBLIC-STATE OF NEW YORK
NO.01NO6408848
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES SEPTEMBER 08,2024

Margharry Noel
PROCESS SERVER LICENSE # 2101102-DCA
*Process Server Guid- 2096798-DCA-   81 Putnam Avenue, Valley Stream NY 11580*

**Work Order #  2100921**
**2020418**

*PAPER CHASE NY, LLC 349 W COMMERCIAL STREET, Suite 2360 EAST ROCHESTER, NY 14445*

SS